BANTA, TRUSTEE, *v.* UNITED STATES ᴇᴛ ᴀʟ.

No. 506.   Decided November 12, 1957.

*Richard Swan Buell* and *Justin W. Seymour* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, W. Louise Florencourt, Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for the United States and the Interstate Commerce Commission, appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion for leave to use record and jurisdictional statement in case No. 430, October Term 1957, in this case is granted.   The motion to affirm is granted and the judgment is affirmed.

Mʀ. Jᴜsᴛɪᴄᴇ Bʀᴇɴɴᴀɴ took no part in the consideration or decision of this case.